BRENT E. JOHNSON (S.B. #133323)
HOLLAND & HART LLP
222 S. Main Street
Suite 2200
Salt Lake City, UT 84101
Telephone: 801-799-5800
Facsimile: 801-799-5700
bjohnson@hollandhart.com

*Attorney for Defendant Babolat VS North America, Inc.*

FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM AHDOOT, on behalf of himself and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BABOLAT VS NORTH AMERICA, INC., a Colorado Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV13-02823 GAF (VBKx)<br><br>**ORDER RE STIPULATION AND JOINT MOTION TO CONSOLIDATE CLARK V. BABOLAT VS N.A., INC., CASE NO. CV13-7898, WITH THE PRESENT ACTION AND VACATING SCHEDULING CONFERENCE ON 2/3/2014** |

Having received counsel's Stipulation and Joint Motion to consolidate the civil action styled *Brandon Clark v. Babolat VS North America, Inc.*, Case No. CV13-7898 (GAF) (the "Clark Action"), commenced on October 25, 2013, with the present first-filed action pursuant to Rule 42(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED THAT:

1. The Clark Action should be and is consolidated with the present action for all purposes including trial.

2. The deadlines set forth in the Scheduling and Case Management Order entered by the Court on November 9, 2013 (ECF Docket No. 30), and any future modifications to the Scheduling and Case Management Order issued by the Court,

apply to and govern the Clark Action.

3. The Scheduling Conference set for February 3, 2014, at 1:30 pm in the Clark Action is vacated.

Dated: 12/19/13

Hon. Gary A. Feess
UNITED STATES DISTRICT JUDGE

6559420_2